No. 07-17-00056-CV

| | | |
|---|---|---|
| Jaime Murcia<br>  Appellant | § | From the 242nd District Court<br>  of Hale County |
| | § | |
| v. | | July 27, 2017 |
| | § | |
| Germania Farm Mutual<br>Insurance Association<br>  Appellee | §<br><br>§ | Opinion Per Curiam |

**J U D G M E N T**

Pursuant to the opinion of the Court dated July 27, 2017, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o